*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00142-CV

**IN RE** Joseph **KRIST**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   March 25, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On March 9, 2009, relator Joseph Krist filed a petition for writ of mandamus, seeking to compel the trial court to appoint a new attorney for relator in compliance with this court's January 29, 2009 order. However, on February 11, 2009 the trial court signed an order, in compliance with this court's order, removing Manual Rodriguez, III as the attorney ad litem for relator and substituting Dennis Moreno as relator's attorney ad litem for appeal purposes only. Therefore, the petition for writ of mandamus is now moot.

---

[1] This proceeding arises out of Cause No. 2007-PA-00899, styled *In the Interest of K.F.K., et al., Children*, in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding. However, the order at issue was signed by the Honorable Richard Garcia, associate judge of the children's court, Bexar County, Texas.

Accordingly, we dismiss the petition for writ of mandamus and all other relief requested as moot.

PER CURIAM